**Order entered February 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01345-CV

### ASHTON GROVE LC, W. DOW HAMM III CORP., ET AL., Appellants

### V.

### JACKSON WALKER L.L.P., Appellee

### On Appeal from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-09-07411

## ORDER

The reporter's record in this case is overdue. By order dated November 5, 2013 we ordered Court reporter Sheretta Martin to file the reporter's record no later than December 13, 2013. To date we have not received a response from Ms. Martin. Accordingly, we **ORDER** Sheretta Martin to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; or (2) written verification that no hearings were recorded or no request for the reporter's record has been made.

We notify appellant that if we receive verification that no request for the record has been made or that they have not paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to all parties and to Sheretta Martin, Official Court Reporter for the 162nd Judicial District Court and to the Honorable Phyllis Lister Brown, Presiding Judge of the 162nd Judicial District Court.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE